# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF SOUTH FLORIDA,

Appellant,

v.

INTO USF LP, a Delaware limited partnership;
INTO USF, INC., a Florida corporation; INTO UNIVERSITY
PARTNERSHIPS LIMITED, a foreign corporation; USF FINANCING
CORPORATION, a Florida not-for-profit corporation;
JENNIFER CONDON; KAREN HOLBROOK;
NICK TRIVUNOVICH; and RALPH WILCOX,

Appellees.

No. 2D2025-0798

_____

May 27, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Darren D. Farfante, Judge.

Hala Sandridge of Buchanan Ingersoll & Rooney PC, Tampa, for
Appellant.

Shawn J. Rabin, Zach Savage, and Abbey McNaughton, of Susman
Godfrey L.L.P., New York, New York; Chris W. Altenbernd and Eleanor H.
Sills of Banker Lopez Gassler P.A., Tampa (withdrew after briefing);
Samuel J. Salario, Jr., of Lawson Huck Gonzalez, PLLC, Tampa,
(substituted as counsel of record); Bryan D. Hull and J. Carter Andersen
of Bush Ross, P.A., Tampa, for Appellees INTO USF LP, a Delaware
limited partnership and INTO University Partnerships Limited.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.